(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
06/18/2018
Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

UNITED STATES OF AMERICA
vs.
(1) LORENZO GOMEZ-CARDONA

Defendant.

§
§ CASE NUMBER: EP:18-M-04603(1) RFC
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Lorenzo GOMEZ-Cardona, was represented by counsel, Pedro J. Martin.

The defendant pled guilty to the complaint on June 18, 2018. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8:1325(a)(2) | ATTEMPTED ILLEGAL ENTRY BY ELUDING AN IMMIGRATION OFFICER | 06/14/2018 |

As pronounced on June 18, 2018, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served**. The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 18th day of June, 2018.

_____
ROBERT F. CASTAÑEDA
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **USA** | § § | **Case Number:** |
| **vs.** | § § | **EP:18-M -04603(1) RFC** |
| **(1) LORENZO GOMEZ-CARDONA** | § § | |

## ORDER APPOINTING COUNSEL

The above named Defendant has testified under oath, or has otherwise satisfied this court, that he/she is financially unable to obtain counsel and does not wish to waive representation by counsel.

Therefore, in the interest of justice, Pedro J. Martin, is hereby appointed to represent the defendant in the above-styled and numbered cause.

This appointment shall remain in effect until further order of this court.

It is so **ORDERED** this **18th day of June, 2018.**

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для for the
Western District of Texas



FILED
2018 JUN 18 AM 11: 58

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | |
| | ) | 18-mj-4603 RFC |
| Lorenzo GOMEZ-Cardona | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 14, 2018__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1325(a)(2) | elude examination or inspection by Customs and Border Protection Officers, she being an alien to the United States, |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

Sandra Perez-Alva
CBP Enforcement Officer

Sworn to before me and signed in my presence.

Date: June 18, 2018

City and state: El Paso, Texas

*Judge's signature*
Robert F. Castaneda
United States Magistrate Judge

**FACTS**

On or about June 14, 2018, the DEFENDANT, Lorenzo GOMEZ-Cardona, a native and citizen of Guatemala, attempted to enter the United States by eluding inspection at the Bridge of the Americas (BOTA) Port of Entry located in El Paso, Texas. Customs and Border Protection (CBP) Officer H. Zubia received a message via radio communication of a person hiding behind a trash can at the bottom of the southbound pedestrian walkway. Officer Zubia apprehended the DEFENDANT after a short pursuit and struggle and asked the DEFENDANT for his name. The DEFENDANT provided his name and further stated that he was from Guatemala. The DEFENDANT continued to say he was attempting to go to San Diego to work and he did not have any identification documents. Officer Zubia escorted the DEFENDANT to Passport Control Secondary (PCS) for further inspection.

In secondary, the DEFENDANT was advised of his Miranda Rights, which he read and claimed he understood and declined to speak to officers without an attorney present therefore all questioning ceased. Records checks indicate the DEFENDANT is not in possession of legal documents that allow him to legally enter or reside in the United States.

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

*CRIMINAL AND IMMIGRATION RECORD*

**CRIMINAL RECORD:**

None can be established at this time.

**IMMIGRATION RECORD:**

None can be established at this time.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| USA | § § |
| vs. | §   Case Number: EP:18-M -04603(1) § |
| (1) LORENZO GOMEZ-CARDONA | § § |

ORDER SETTING INITIAL APPEARANCE/ MISD. ARRAIGNMENT

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **INITIAL APPEARANCE/ MISD. ARRAIGNMENT**, in Magistrate Courtroom 612, on the 6th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on:

June 18, 2018 at 02:30 PM

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Counsel for the defendant shall notify the defendant of this setting and if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 18th day of June, 2018.

ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE